UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 10-472
    Plaintiff, )
)
    v. )
) DETENTION ORDER
JORDAN LEGENDRE BOOZER, )
)
    Defendant. )
_____ )

Offense charged:     Felon in Possession of a Firearm

Date of Detention Hearing:     January 5, 2011

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)     Defendant, having previously been convicted of the felonies of residential burglary and felony harassment, is charged with knowingly possessing a firearm and ammunition.

(2) The AUSA proffers information that all or most of defendant's significant criminal history is connected to the use of a firearm. The felony harassment charge referenced previously herein involved the defendant pointing a shotgun at his stepfather during an argument. The defendant's brother, the source of the verification of much of defendant's personal information, was a co-defendant in that case. Defendant's criminal history includes warrant activity and failures to comply with court orders, including failures to report. Defendant is not employed and does not have a viable release address.

(3) Defendant poses a risk of nonappearance due to lack of employment, lack of a viable release address, a history of controlled substance use, a history of failure to appear, violations of supervision, and association with two dates of birth. Defendant poses a risk of danger based on criminal history and the circumstances of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of January, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge